**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: Roman, Deborah Marie | Case No. 13-52734 |
| Debtor | Hon. Walter J. Shapero |
| | Chapter 13 |

### STIPULATION TO ENTRY OF ADJOURNMENT ORDER FOR CONFIRMATION HEARING

This matter being set for hearing on July 28, 2014 at 11:00 AM and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

**IT IS HEREBY STIPULATED** the above referenced matter is adjourned to August 25, 2014 at 11:00 AM.

| | |
|---|---|
| /s/ TAMMY TERRY | /s/ HEATHER MCGIVERN |
| TAMMY TERRY | HEATHER MCGIVERN (P59393) |
| Standing Chapter 13 Trustee | Attorney for Creditor Seterus, Inc. |
| 535 Griswold, Ste 2100 | P.O. Box5041 |
| Detroit, MI 48226 | Troy, MI 48007 |
| (313) 967-9857 | (248) 502-1400 |
| | hmcgivern@orlans.com |

/s/ ERIK C. STEIN
Erik C. Stein (P72172)
Attorney for Debtor
2804 Orchard Lake Road, Suite 203
Keego Harbor, MI 48320
(248) 977-4182
estein@linnellfirm.com

**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: Roman, Deborah Marie | Case No. 13-52734 |
| Debtor | Hon. Walter J. Shapero |
| | Chapter 13 |

**ORDER ADJOURNING HEARING REGARDING CONFIRMATON HEARING**

     This matter being set for hearing on July 28, 2014 at 11:00 AM and the parties have agreed to the following terms, and the Court is advised, and there is no adverse impact upon any party by way of this action, thus no notice is required to be given; therefore:

**IT IS HEREBY ORDERED** the above referenced matter is adjourned to August 25, 2014 at 11:00 AM.