11-7-14

To: Ms. Tammy L. Terry
From: Deborah Marie Roman
1018 Oakmont, Temperance, MI 48182
Chapter 13, case No: 13-52734
Judge Walter Shapero

I'm writing to inform you that I am now represented by attorney Peter A. Behrmann of Phoenix Law as of 11-4-14.

I'm also writing to you regarding my former attorney Erik C. Stein. I intend to file a complaint against him with the Michigan Board, and, more importantly, to ask that the additional charges of over $7,000 be dismissed - for the following reasons:

1. What should have taken 3 months at most to file a bankruptcy has taken more than <u>18</u> months to file and be confirmed.

2. A Lack of communication on Mr. Stein's part - he repeatedly failed to answer my questions and keep me informed on my case's progress.

3. I asked Mr. Stein to have the 2 car payments and student loans to be kept out of the plan - I would pay them outside the plan - but they are in the plan.

4. The mortagage company - Seterus - "lifted" the stay because Mr. Stein failed to respond

to the company's request by the deadline. I believe Mr. Stein was NOT truthful when he told me that Seterus would not let the mortgage and arrears be put in the plan, when in fact it was his Fault because he missed the deadline.

5. Mr. Stein has failed to represent me; has not been truthful with me; has not had my best interests taken care of; and has cost me much more in fees than I can afford. I had to take out more than $16,600 from my 401-k to save my home from foreclosure because he missed a deadline. Mr. Stein, in my very humble opinion, has not represented me in a competent manner that was expected of him when I retained his attorney's services.

For these reasons above, I ask, respectfully, that Mr. Stein's Request for an additional $7,600 for work NOT performed in a competent manner, be denied.

Sincerely,

Deborah M. Roman